1  Michael A. Gold (SBN 90667)
   JEFFER MANGELS BUTLER & MITCHELL, LLP
2  1900 Avenue of the Stars, Seventh Floor
   Los Angeles, CA 90067
3  Telephone:  (310) 203-8080
   Facsimile:   (310) 203-0567
4  Email:        mgold@jmbm.com

5  Lawrence H. Kunin, admitted PHV
   Stephen M. Vaughn, admitted PHV
6  MORRIS, MANNING & MARTIN, LLP
   1600 Atlanta Financial Center
7  3343 Peachtree Rd. N.E.
   Atlanta, GA 30326
8  Telephone:  (404) 233-7000
   Facsimile:   (404) 365-9532
9  Email:        lkunin@mmmlaw.com
                 svaughn@mmmlaw.com
10
   Attorneys for Plaintiffs WATSON-MARLOW, LTD. and
11 WATSON-MARLOW, INC.

12
   ARDENT LAW GROUP, P.C.
13 Hubert H. Kuo (Cal. Bar No. 204036)
   Alexander J. Chang (Cal. Bar No. 247921)
14 2600 Michelson Dr., Ste. 1700
   Irvine, CA  92612
15 Telephone:  (949) 863-9782
   Facsimile:   (949) 863-9783
16 Email:        hkuo@ardentlawgroup.com
                 achang@ardentlawgroup.com
17
   Attorneys for Defendants CHANGZHOU PREFLUID TECHNOLOGY
18 CO., LTD. and PREFLUID TECHNOLOGY USA INC.

19

20                    **UNITED STATES DISTRICT COURT**

21              **CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| 22  WATSON-MARLOW, LTD. and <br> WATSON-MARLOW, INC., <br> 23 <br> 24               Plaintiffs, <br> 25               -against- <br> 26  CHANGZHOU PREFLUID <br> TECHNOLOGY CO., LTD.; and <br> 27  PREFLUID TECHNOLOGY USA <br> INC., <br> 28               Defendants. | Case No. 2:14-CV-03225-RGK-JC <br><br> **JOINT STIPULATION TO CONTINUE PRE-TRIAL SCHEDULE** <br><br> Judge:   Hon. R. Gary Klausner <br> Crtrm**:**    850 |

-1-
JOINT STIPULATION TO CONTINUE PRE-TRIAL SCHEDULE

Plaintiffs Watson-Marlow Ltd. and Watson-Marlow, Inc. (collectively "Plaintiffs") and Defendants Changzhou PreFluid Technology Co., Ltd. and Prefluid Technology USA Inc. (collectively "Defendants") (collectively "the parties") through their attorneys of record, hereby stipulate as and request that the Court continue the pretrial schedule as follows:[1]

### 1. GOOD FAITH REASON FOR SHORT CONTINUANCE

Shortly after entry of the initial pre-trial schedule (Doc. 77), the parties initiated efforts to conduct a settlement conference before Magistrate Judge Chooljian. A primary goal in conducting an early settlement conference was to avoid the cost of litigation should a settlement conference be successful. Plaintiffs' representatives reside in England and Boston, and Defendants' representative resides in China. The earliest available date for all parties and Judge Chooljian was November 3, 2014. In the meantime, the parties have served discovery requests and many documents have been produced.

A settlement conference was held on November 3, 2014, including participation of representatives traveling from England, Boston, Atlanta, and China. Although no settlement was reached, with the assistance of Judge Chooljian, the parties made good progress in reaching a compromise. The parties, however, were unable to close a settlement due to the need for Defendants' representative to return to China to consult with other representatives in China.

There are three significant factors leading to the need to continue the trial schedule. First, given that the Plaintiffs' representative is in England, and defendants' representative is in China, virtually every request and response results in a delay of one or two days. Second, there are language barriers involving China, and many produced documents are in Chinese, thus slowing progress due to the need for translation. Third, a significant motivating factor behind the present

---

[1] Magistrate Judge Chooljian assisted in the discussions leading to this stipulation, and suggested that the parties draft and file this stipulation.

1  settlement proposal is the avoidance of litigation costs.  Given the remaining time
2  for discovery, if a continuance is not granted, the parties will need to increase
3  discovery efforts and expenses immediately, thus destroying a significant
4  motivation for settlement.

5  Finally, it is notable that counsel for both parties have been constructive and
6  cooperative and share in the concerns and motivations for settlement, including the
7  need for a continuance for purposes putting time and cost into exploring settlement
8  rather than into discovery.  Magistrate Judge Chooljian will also remain involved in
9  settlement efforts and progress.

## II. PROPOSED SCHEDULE

Given the above reasoning, the parties respectfully request a one month extension of all prior deadlines, resulting in the following schedule:

| | |
|---|---|
| End of Discovery: | January 19, 2014 |
| Dispositive Motions: | February 2, 2014 |
| Motions in Limine: | March 2, 2014 |
| Plaintiffs to serve jury instructions/ special verdict form: | March 10, 2014 |
| Defendants' objections to jury instructions/special verdict form: | March 17, 2014. |
| Oppositions to motions in limine: | March 20, 2014 |
| Meet and confer regarding jury instructions: | March 24, 2014 |
| File joint jury instructions: | April 1, 2014 |
| Pretrial conference: | April 2, 2014 |
| Reply brief in support of motions in limine: | April 7, 2014 |
| Trial: | May 4, 2014[2] |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

---

[2]  A one-month extension of the current schedule would result in a trial date of April 21, 2014.  Defendants' counsel has a trial scheduled that day in Orange County.  If the Court prefers an earlier trial date, the parties request an April 14, 2014 trial date.

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | Dated: November 4, 2014 | JEFFER MANGELS BUTLER & MITCHELL LLP |
| 5 | | |
| 6 | By: | */s/ MICHAEL A. GOLD* |
| 7 | | Michael A. Gold<br>Attorneys for Plaintiffs |
| 8 | | WATSON-MARLOW LTD. and WATSON-MARLOW, INC. |
| 9 | | |
| 10 | Dated: November 4, 2014 | ARDENT LAW GROUP, P.C. |
| 11 | | |
| 12 | By: | */s/ HUBERT H. KUO* |
| 13 | | Hubert H. Kuo<br>Attorneys for Defendants |
| 14 | | CHANGZHOU PREFLUID TECHNOLOGY CO., LTD. and PREFLUID TECHNOLOGY USA INC. |