JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| WATSON-MARLOW LTD. and WATSON-MARLOW, INC.,<br><br>       Plaintiffs,<br><br>       -against-<br><br>CHANGZHOU PREFLUID TECHNOLOGY CO., LTD., and PREFLUID TECHNOLOGY USA INC.,<br><br>       Defendants. | Case No. 2:14-CV-03225-RGK-JC<br><br>Honorable R. Gary Klausner<br><br>[~~PROPOSED~~] ORDER DISMISSING CASE PURSUANT TO STIPULATION |

WHEREAS, pursuant to the Stipulation of Dismissal Pursuant to Settlement, Plaintiffs WATSON-MARLOW, LTD. and WATSON-MARLOW, INC. (collectively "Plaintiffs") and Defendants CHANGZHOU PREFLUID TECHNOLOGY CO., LTD and PREFLUID TECHNOLOGY USA INC., (collectively "Defendants"), by and through their respective attorneys, (i) agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction; (ii) stipulate to dismissal with prejudice of the complaint in this action pursuant to Fed. R. Civ. P. 41(a), and subject to the terms and conditions of the parties' *Settlement Agreement* (the "Settlement Agreement"); and (iii) request that this Court retain jurisdiction to enforce the terms of the terms of the Settlement

1

Agreement under the authority of *Kokkonen v. Guardian Life Insurance Company*, 511 U.S. 375, 381-82 (1994);

**THEREFORE, IT IS HEREBY ORDERED:**

1.     The parties shall comply with the terms of their Settlement Agreement.

2.     By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of the Settlement Agreement.

3.     Except as provided for in paragraphs 1 and 2 above, this case is dismissed with prejudice.  Each party shall bear its or her own attorneys' fees and costs.

Dated: January 28, 2015

_____
UNITED STATES DISTRICT COURT JUDGE

ARDENT LAW GROUP, PC
2600 Michelson Dr., Suite 1700
Irvine, California 92612
Telephone: (949) 863-9782
Facsimile: (949) 863-9783

2
[PROPOSED] ORDER DISMISSING CASE PURSUANT TO STIPULATION

## <u>CERTIFICATION OF SERVICE</u>

The undersigned attorney certifies that copies of the foregoing [PROPOSED] ORDER DISMISSING CASE PURSUANT TO STIPULATION was served upon all parties through ECF on January 27, 2015.

_/s/ Alexander J. Chang_
Alexander J. Chang

[PROPOSED] ORDER DISMISSING CASE PURSUANT TO STIPULATION

ARDENT LAW GROUP, PC
2600 Michelson Dr., Suite 1700
Irvine, California 92612
Telephone: (949) 863-9782
Facsimile: (949) 863-9783